UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-39862 |
|---|---|
| JUNELL LYNN MANDICH | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060633**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 20 | MEDICINE SHOPPE<br>% CBCS<br>5 W MONUMENT AVE<br>DAYTON, OH  45402 | 2.07 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/9/2011

Certificate of Service                 05-39862

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JUNELL LYNN MANDICH
16 COTTAGE AVE.
WEST CARROLLTON, OH  45449

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(27.1n)
CRESCENT BANK & TRUST DEPT
%ASCENSION CAPITAL GROUP
PO BOX 201347
ARLINGTON, TX  76006

(20.1)
MEDICINE SHOPPE
% CBCS
5 W MONUMENT AVE
DAYTON, OH  45402

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv